## THIRD DEPARTMENT, AUGUST, 1986

### (August 11, 1986)

■ In the Matter of DELAWARE & HUDSON RAILWAY Co., Appellant, v BRUCE J. McDONALD, as Assessor of the City of Albany, Respondent. (And 75 Other Proceedings.)—Motion for approval of statement in lieu of record denied, without costs and without prejudice to such motion being made in the court of original instance (see, CPLR 5527; 12 NYCRR 800.4 [d]). Mahoney, P. J., Main, Casey, Weiss and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, v STEPHEN SOMERVILLE, Defendant.—Motion, pursuant to CPL 460.30, for extension of time to take appeal denied on the ground that the papers fail to set forth any basis for relief as required by CPL 460.30. Mahoney, P. J., Main, Casey, Weiss and Harvey, JJ., concur.